AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JERSAIN ROCHA-SANTANA | CASE NUMBER: 08 CR 653 IEG |

I, __JERSAIN ROCHA-SANTANA__, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6 MARCH 08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jersain Rocha Santana
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER